ELLEN HALE, Appellant, v MARY MESSINEO, Defendant. NEW YORK CITY POLICE DEPARTMENT, Nonparty Respondent.—

Because the statements made by the defendant in her complaint to the New York City Police Department Civilian Complaint Review Board are protected by an absolute privilege *(see, Magnus v Anpatiellos,* 130 AD2d 719), the Supreme Court properly denied the plaintiff's request for disclosure of these statements *(see, Cirale v 80 Pine St. Corp.,* 35 NY2d 113, 117; *Matter of Weinberg,* 129 AD2d 126; *Hoffman v Ro-San Manor,* 73 AD2d 207). Weinstein, J. P., Eiber, Sullivan and Balletta, JJ., concur.